IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUMAS VENTURES,<br><br>              Plaintiff,<br><br>    vs.<br><br>WESTERN GROWERS ASSOCIATION,<br>et. al,<br><br>              Defendants.<br>_____/ | CASE NO. CV-F-03-6763 LJO<br><br>**ORDER DIRECTING SUBMISSION OF CHAMBERS COURTESY PAPER COPY** |

On May 4, 2005, defendants filed their motion for summary judgment. Also on May 4, 2005, defendants filed a document entitled "Defendants' Certified Administrative Record in Support of the Motion for Summary Judgment," which was filed as Doc. 37 to the Court's file. Pursuant to Local Rule 5-133(f), defendants are directed to submit a Chambers Courtesy Paper Copy of Doc. 37 directly to Department 6.

IT IS SO ORDERED.

**Dated:   May 25, 2005**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE

1