UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUMAS VENTURES,<br><br>           Plaintiff,<br><br>  vs.<br><br>WESTERN GROWERS ASSOCIATION,<br>et. al,<br><br>           Defendants.<br>_____/ | CASE NO. CV-F-03-6763 LJO<br><br>**ORDER RE DISPOSITIVE DOCUMENTS**<br>**AFTER NOTICE OF SETTLEMENT** |

The parties have informed the Court that the above-captioned case has settled. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than July 8, 2005.**

**All court dates** and any pending motions, including the June 17, 2005 motion hearing, the July 28, 2005 pretrial conference, and the September 1, 2005 trial, set in this matter are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see Local Rule 16-160 and Local Rule 16-272).

IT IS SO ORDERED.

**Dated:   June 2, 2005**                           **/s/ Lawrence J. O'Neill**
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE