FRANK N. DARRAS #128904            EFiled w/Court
8/31/2005
MICHAEL B. HORROW #162917
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, California 91761
Telephone: (909) 621-4935
Facsimile: (909) 974-2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| DUMAS VENTURES,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN GROWERS ASSOCIATION; WESTERN GROWERS ASSURANCE TRUST; WESTERN GROWERS ASSURANCE TRUST PLAN; WESTERN GROWERS INSURANCE SERVICES, LTD.; LEO W. SANCHEZ<br><br>    Defendants. | Case No.: CIV-F-03-6763 LJO<br><br>STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
|---|---|

    IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff DUMAS VENTURES and defendants WESTERN GROWERS ASSOCIATION; WESTERN GROWERS ASSURANCE TRUST; WESTERN GROWERS ASSURANCE TRUST PLAN; WESTERN GROWERS INSURANCE SERVICES, LTD. and their attorneys of record, that the parties have agreed to resolve this matter in its entirety.  Each side to bear their own attorney fees and costs.

/ / /

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, against all named defendants whether or not an appearance was made.

| | |
|---|---|
| Dated:  August 29, 2005 | SHERNOFF BIDART & DARRAS, LLP |
| | _____/s/_____ |
| | MICHAEL B. HORROW |
| | Attorneys for Plaintiff |
| | WESTERN GROWERS |
| Dated:  August 31, 2005 | SEDGWICK, DETERT, MORAN & ARNOLD |
| | _____/s/_____ |
| | STEVEN S. STREGER |
| | Attorneys for Defendants |

WESTERN GROWERS ASSOCIATION; WESTERN GROWERS ASSURANCE TRUST; WESTERN GROWERS ASSURANCE TRUST PLAN; WESTERN GROWERS INSURANCE SERVICES, LTD.

IT IS SO ORDERED.

**Dated:   September 1, 2005**          **/s/ Lawrence J. O'Neill**
66h44d                                   UNITED STATES MAGISTRATE JUDGE